### In the MATTER OF the Petition of Augustus Hebrew EVANS, Jr. for a Writ of Mandamus.

### No. 90, 2016

Supreme Court of Delaware.

Submitted: March 11, 2016
Decided: March 23, 2016

Reargument Denied April 21, 2016
Rehearing En Banc Denied
April 21, 2016

DISMISSED.